IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ALBWUL, | 1:09-cv-00506 GSA (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| vs. | DIRECTING CLERK TO SERVE COPY ON COURT OF APPEALS |
| JOHN SUGRUE, et al., | (DOCUMENT #15) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 14, 2009, judgment was entered dismissing the petition for writ of habeas corpus. On April 24, 2009, petitioner filed a notice of appeal. On May 18, 2009, petitioner filed an application to proceed in forma pauperis on appeal. Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915.

The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **May 21, 2009**     /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE